## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| T.F., BY HIS GUARDIAN, LISA ELLERN-FELDMAN, | |
| *Plaintiff,* | |
| v. | Civil Action No. 1:23-cv-03612 (CJN) |
| DISTRICT OF COLUMBIA, | |
| *Defendants.* | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 30, is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 31, is **DENIED**; and it is further

**ORDERED** that the portions of the Hearing Officer's Determination regarding extended schoolyear and transition services are **VACATED**; and it is further

**ORDERED** that this matter is **REMANDED** to the Hearing Officer for the determination of a further award of compensatory education and a reassessment of the previously ordered remedy, in light of the accompanying Memorandum Opinion.

DATE: March 28, 2025

_____
CARL J. NICHOLS
United States District Judge